AO245B  [Rev. 12/03] Judgment in a Criminal Case
Sheet 1

**CLOSED**

Judgment-Page 1 of 6

# United States District Court
## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>V.<br>JIHAD MAKKI | **JUDGMENT IN A CRIMINAL CASE**<br>Case Number: 03CR80617-5<br>USM Number: 39876-039<br>Scott Keillor<br>Defendant's Attorney |



**THE DEFENDANT:**

■ Pleaded guilty to count(s)  **2 of 2nd Superseding Indictment**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1956 (h) | Conspiracy to Launder Monetary Instruments | 01/30/2001 | 2 |

   The defendant is sentenced as provided in pages **2 through 6** of this judgment.  This sentence is imposed pursuant to the Sentencing Reform Act of 1984

■ Count(s)  **1**  is  dismissed on the motion of the United States after a plea of guilty.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.



November 16, 2006
Date of Imposition of Judgment

Avern Cohn
United States District Judge

NOV 2 0 2006
Date Signed

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 4- Probation

Judgment-Page 2 of 6

DEFENDANT: JIHAD MAKKI
CASE NUMBER: 03CR80617-5

## PROBATION

The defendant is hereby sentenced to probation for a term of: 3 years.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court. Revocation of Probation is mandatory for possession of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall supoort his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Revocation of supervised release is mandatory for possession of a firearm.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 4C - Probation

Judgment-Page 3 of 6

DEFENDANT: JIHAD MAKKI
CASE NUMBER: 03CR80617-5

## SPECIAL CONDITIONS OF SUPERVISION UNDER PROBATION

■ The defendant shall participate in the home confinement program for a period of **180 consecutive days**The defendant will maintain a telephone at his/her place of residence without "call forwarding," a modem, "Caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the costs of electronic monitoring.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment-Page 4 of 6

DEFENDANT: JIHAD MAKKI
CASE NUMBER: 03CR80617-5

# CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 100.00 | $ 0.00 | $ 5,694,037.80 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| North Atlantic Operating Co<br>3029 Muhammad Ali Blvd<br>PO Box 3298<br>Louisville, KY  40232-2980 | $0.00 | $5,694,037.80 | |
| **TOTALS:** | $ 0.00 | $ 5,694,037.80 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Judgment-Page 5 of 6

DEFENDANT: JIHAD MAKKI
CASE NUMBER: 03CR80617-5

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:
Unless the court has expressly ordered otherwise in the special instructions above, while in custody, the defendant shall participate in the Inmate Financial Responsibility Program. The Court is aware of the requirements of the program and approves of the payment schedule of this program and hereby orders the defendant's compliance. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                         **Joint and Several**   **Corresponding Payee,**
**(including defendant number)**         **Total Amount**           **Amount**      **if appropriate**

    **See attached detailed sheet.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 6A - Schedule of Payments

Judgment-Page 6 of 6

DEFENDANT: JIHAD MAKKI
CASE NUMBER: 03CR80617-5

## ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 05-80063-01<br>Anand Nanwani | 0.00 | 879056.00 | North Atlantic Operating Co. |
| 05-80063-02<br>Jaipal Singh | 0.00 | 879056.00 | North Atlantic Operating Co. |
| 03-80617-01<br>Tarek Makki | 0.00 | 879056.00 | North Atlantic Operating Co. |
| 03-80617-02<br>Ali Mohamed-Nameh Makki | 0.00 | 10190.00 | North Atlantic Trading Co. |
| 03-80617-03<br>Adham Mackie | 0.00 | 879056.00 | North Atlantic Trading Co. |
| 03-80617-04<br>Kamal Turfah | 0.00 | 87301.00 | North Atlantic Trading Co. |